UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In Re: § 
 § 
 § Case No. 11-40097
Rodman, LLC § 
 § 
Debtor § (Chapter 7)

NOTICE OF DEPOSIT OF CHECKS TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST CHECKS CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Checks Cut Date.

1. An Order Granting Trustee's Motion for Authority to Distribute COBRA Insurance Premium Overpayments was granted on October 10, 2013.

2. Checks were processed and mailed to appropriate creditors on October 25, 2013.

3. The following checks were issued on October 25, 2013:

   Darlene T. Allen
   Check #1001   Amount $105.74

   Clark V. Althaus
   Check #1002   Amount $394.26

   Frank S. Hayes
   Check #1015   Amount $508.59

   Seth A. Smith
   Check #1037   Amount $105.94

4. The Trustee has not received the checks back. As of this date, the 90 days past checks cut date has expired.

5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on checks #1001, 1002, 1015, and 1037 and will remit the amount of these checks for $1,114.53 into the Court registry.

6. The Trustee hereby gives notice of deposit of check number #1043, dated January 30, 2014 in the amount of $1,114.53 to the court registry for these claims.

Respectfully Submitted,

/s/Michelle H. Chow
Michelle H. Chow, Trustee
4115 N. Central Expressway
Dallas, TX 75204
214-521-6627 p 214-320-2966 f
CHAPTER 7 TRUSTEE

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on January 30, 2014.

T:\docman\Rodman, Llc [11-40097]\Notice of Deposit 90 days.wpd

/s/Michelle H. Chow
Michelle H. Chow

Creditors:
Darlene T. Allen
9991 Echo Plan Drive
San Antonio, TX 78245-3018

Clark V. Althaus
3870 Heritage Trail
Celina, TX 75009-5500

Frank S. Hayes
PO Box 1512
Blanco, TX 78606-1512

Frank S. Hayes
675 Rust Road
Blanco, TX 78606-5094

Seth A. Smith
176 County Road #215
Three Rivers, TX 78071